UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | 2:03-CR-529-RLH-HEAL |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | |
| JEANIE JACKSON-TOLIVER | ) | |
| Defendant. | ) | |

ENTERED / RECEIVED
SERVED ON COUNSEL/PARTIES OF RECORD

MAY 0 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#18) on July 16, 2004. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: SOCIAL SECURITY ADMINISTRATION
Amount of Restitution: $51,660.00

**Total Amount of Restitution ordered: $51,660.00**

Dated this 4 day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE